JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 1426

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE AUTOMOTIVE REFINISHING PAINT ANTITRUST LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On November 15, 2001, the Panel transferred ten civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. With the consent of that court, all such actions have been assigned to the Honorable Richard Barclay Surrick.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Surrick.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of November 15, 2001, and, with the consent of that court, assigned to the Honorable Richard Barclay Surrick.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 3 - 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED JAN 7 '02

# SCHEDULE CTO-1 -- TAG ALONG CASES
# DOCKET NO. 1426
# IN RE AUTOMOTIVE REFINISHING PAINT ANTITRUST LITIGATION

District Div Civil Action#

```
KENTUCKY WESTERN
    KYW    3   01-435      Westwood Automotive, Inc. v. Akzo Nobel Coatings, Inc., et al.
    KYW    3   01-443      Hans Gottwald's Foreign Auto Body Shop, Inc. v. Akzo Nobel Coatings, Inc., et al.
    KYW    3   01-444      Evans Pontiac, Inc. v. Akzo Nobel Coatings, Inc., et al.
    KYW    3   01-445      E&G Auto Parts, Inc. v. Akzo Nobel Coatings, Inc., et al.
    KYW    3   01-450      J.S. Complete Automotive v. Akzo Nobel Coatings, Inc., et al.

NEW JERSEY
    NJ     2   01-3876     Miller Parts Co. v. PPG Industries, et al.
    NJ     2   01-3996     Herbert v. PPG Industries, et al.
    NJ     2   01-4133     J.A. Stafford Co., Inc. v. PPG Industries, et al.
    NJ     2   01-4134     Topp Automotive Inc. v. PPG Industries, et al.

OHIO NORTHERN
    OHN    1   01-1844     DeFinizio Imports, Inc. v. PPG Industries, Inc., et al.
    OHN    1   01-1852     Lister Automotive, Inc. v. PPG Industries, Inc., et al.
    OHN    1   01-1853     Topp Automotive, Inc. v. PPG Industries, Inc., et al.

PENNSYLVANIA WESTERN
    PAW    2   01-1470     Double D Auto, Inc. v. PPG Industries, Inc., et al.
    PAW    2   01-1471     Pickens v. PPG Industries, Inc., et al.
    PAW    2   01-1472     Chapman v. PPG Industries, Inc., et al.
    PAW    2   01-1473     Parulski v. PPG Industries, Inc., et al.
    PAW    2   01-1474     D&L Auto Services, Inc., et al. v. PPG Industries, Inc., et al.
    PAW    2   01-1475     Uptown Auto Body, Inc. v. PPG Industries, Inc., et al.
    PAW    2   01-1476     MNS Body Shop Supply, Inc. v. PPG Industries, et al.
    PAW    2   01-1477     Customs Unlimited, Inc. v. PPG Industries, Inc., et al.
    PAW    2   01-1478     Root River Auto Body, Ltd. v. PPG Industries, Inc., et al.
    PAW    2   01-1495     Brooklyn Park Collision, Inc. v. Dupont Performance Coatings, Inc., et al.
    PAW    2   01-1498     Tzilos v. PPG Industries, Inc., et al.
    PAW    2   01-1499     Bosak v. PPG Industries, Inc., et al.
    PAW    2   01-1507     Image Automotive, Ltd. v. PPG Industries, Inc., et al.
    PAW    2   01-1508     Tower Rebuilders, Ltd. v. PPG Industries, Inc., et al.
    PAW    2   01-1553     Krause v. PPG Industries, Inc., et al.
    PAW    2   01-1554     Pollman v. PPG Industries, Inc., et al.
    PAW    2   01-1555     Devalk v. PPG Industries, Inc., et al.
```