**MDL 1426**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 24 2002

FILED
CLERK'S OFFICE

# DOCKET NO. 1426

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE AUTOMOTIVE REFINISHING PAINT ANTITRUST LITIGATION

*Michael Desha v. PPG Industries, et al.*, D. New Jersey, C.A. No. 2:01-3514
*CT Color & Supply, Inc. v. PPG Industries, et al.*, D. New Jersey, C.A. No. 2:01-3995

### CONDITIONAL TRANSFER ORDER (CTO-2)

On November 15, 2001, the Panel transferred ten civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, 29 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Richard Barclay Surrick.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Surrick.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of November 15, 2001, 177 F.Supp.2d 1378, (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Richard Barclay Surrick.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 10 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY** IMAGED MAY 15 '02